***E-FILED - 4/24/09*IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANCISCO MERINO, | ) | No. C 09-0716 RMW (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| REDWOOD CITY COUNTY JAIL MEDICAL STAFF, | ) | |
| Defendant. | ) | |

The court has dismissed the instant civil rights action without prejudice. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 4/24/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.09\Merino716jud.wpd